**ZHEJIANG NATIVE PRODUCE & ANIMAL BY–PRODUCTS IMPORT & EXPORT CORP., Kunshan Foreign Trade Co., China (Tushu) Super Food Import & Export Corp., High Hope International Group Jiangsu Foodstuffs Import & Export Corp., Nation-** al Honey Packers & Dealers Association, Alfred L. Wolff, Inc., C.M. Goettsche & Co., China Products North America, Inc., D.F. International (USA), Inc., Evergreen Coyle Group, Inc., Evergreen Produce, Inc., Pure Sweet Honey Farm, Inc., and Sunland International, Inc., Plaintiffs–Appellants,

v.

**UNITED STATES, Defendant–Appellee,**

and

**Sioux Honey Association and American Honey Producers Association, Defendants–Appellees.**

No. 2013–1574.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2014.

Mark Pardo, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP, of New York, New York, argued for plaintiffs-appellants. With him on the brief were Bruce M. Mitchell, Ned H. Marshak, John M. Foote, and Andrew T. Schutz.

Jane C. Dempsey, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee, United States. On the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director. Of counsel was Carrie Anna Dunsmore, Trial Attorney.

Michael J. Coursey, Kelley Drye & Warren LLP, of Washington, DC, argued for defendants-appellees, Sioux Honey Associ-

ation, et al. With him on the brief was R. Alan Luberda.

PROST, Chief Judge, CLEVENGER and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**